Printed: 05/10/11 10:42 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Bridget A. Brine (430170)

Case: 10-51555 - BELANGER, GREGORY JAMES

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | | U.S. Bankruptcy Court | | | | |
| 920031907847666 | 107 | 05/10/11 | 2 | 01/18/11 | 610 | CTR FOR ALCOHOL & DRUG TRTMNT | 80.00 | 80.00 | 1.00 | $1.00 |
| | | | | | | Check Amount: | | | | 1.00 |

RECEIVED
2011 MAY 11 AM 8:39
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed